IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                                  **CRIMINAL ACTION NO. 4:05CR30-P-B**

**DEVER HARRIS AND DARRON DAVIS,**                      **DEFENDANTS.**

## ORDER

This matter comes before the court upon Defendant Dever Harris's Motion to Compute Criminal History Category [44-1]. Upon due consideration of the motion during Harris's sentencing held on September 7, 2005, the court finds that the motion should be denied as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Dever Harris's Motion to Compute Criminal History Category [44-1] is **DENIED AS MOOT**.

**SO ORDERED** this the 7th day of September, A.D., 2005.

                                                              /s/ W. Allen Pepper, Jr.
                                                              W. ALLEN PEPPER, JR.
                                                              UNITED STATES DISTRICT JUDGE